NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-5103

JACOBS ENGINEERING GROUP, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Robert J. Symon, Bradley Arant Rose & White LLP, of Washington, DC, argued for plaintiff-appellant.

James W. Poirier, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were Jeanne E. Davidson, Director, and Kathryn A. Bleecker, Assistant Director.

Appealed from: United States Court of Federal Claims

Judge George W. Miller

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-5103

JACOBS ENGINEERING GROUP, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

# Judgment

ON APPEAL from the        UNITED STATES COURT OF FEDERAL CLAIMS

In CASE NO(S).            02-CV-1500.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam:  (MAYER, BRYSON and GAJARSA, Circuit Judges):

AFFIRMED.  See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATE:   February 6, 2008          /s/ Jan Horbaly
                                  Jan Horbaly, Clerk